## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Anthony Raucci**
(302) 351-9392
(302) 498-6201 FAX
araucci@mnat.com

June 24, 2020

The Honorable Richard G. Andrews  *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Targus International LLC v. Victorinox Swiss Army, Inc.*,
                C.A. No. 20-464 (RGA)

Dear Judge Andrews:

      Pursuant to the Court's June 10, 2020 Order Setting Rule 16(b) Telephone Conference (D.I. 13), the parties submit the attached proposed scheduling order. The only dispute is reflected in the parties' bracketed proposals in Paragraph 3(g)(i).

      The dial-in number for the scheduling conference on Monday, June 29, 2020, at 2:30 p.m. is provided below:

      Toll Free Dial In: 877-434-2295
      Passcode: 302 351 9392

      Respectfully,

      */s/ Anthony D. Raucci*

      Anthony D. Raucci (#5948)

Enclosure

cc:    All Counsel of Record (via electronic mail)