IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARGUS INTERNATIONAL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-464-RGA |
| | ) |
| VICTORINOX SWISS ARMY, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Plaintiff to file its reply brief in support of its Motion to Dismiss Counterclaims and to Strike Third Defense (D.I. 16) is extended to Friday, August 7, 2020.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
| | |
| */s/ Anthony D. Raucci* | */s/ Francis DiGiovanni* |
| Jack B. Blumenfeld (#1014) | Francis DiGiovanni (#3189) |
| Anthony D. Raucci (#5948) | Thatcher A. Rahmeier (#5222) |
| 1201 North Market Street | 222 Delaware Ave., Ste. 1410 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 467-4200 |
| (302) 658-9200 | francis.digiovanni@faegredrinker.com |
| jblumenfeld@mnat.com | thatcher.rahmeier@faegredrinker.com |
| araucci@mnat.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Victorinox Swiss Army, Inc.* |
| *Targus International LLC* | |

OF COUNSEL:

Michelle E. Armond
Forrest M. McClellen
ARMOND WILSON LLP
895 Dove Street, Suite 300
Newport Beach, CA 92660
(949) 932-0778

Douglas R. Wilson
ARMOND WILSON LLP
9442 Capital of Texas Highway North
Plaza One, Suite 500
Austin, TX 78759
(512) 267-1663


July 20, 2020

OF COUNSEL:

Elizabeth M.C. Scheibel
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
elizabeth.scheibel@faegredrinker.com


SO ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE