IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARGUS INTERNATIONAL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-464 (RGA) |
| | ) |
| VICTORINOX SWISS ARMY, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
SUBMISSION OF SUBSEQUENT AUTHORITY**

Plaintiff Targus International LLC ("Targus") hereby submits its response to the Submission of Supplemental Authority of Defendant Victorinox Swiss Army, Inc. ("Victorinox") pursuant to D. Del. L.R. 7.1.2(b).  D.I. 59.

Defendant submits a California decision denying Targus' motion to strike an inequitable conduct affirmative defense asserted in another litigation.  This decision does not impact the pending motion to dismiss here challenging Victorinox's failure to plead facts establishing the TSA RFI is prior art (D.I. 16), because the California decision did not address that point, instead it improperly assumed that the TSA RFI was prior art without any factual basis in the pleading. D.I. 59-1, slip op. at 6 (*Targus Int'l v. Everki USA*, 8:20-cv-00641 (C.D. Cal. Nov. 3, 2020)).  A party must plead all aspects of inequitable conduct with particularity, including prior art status. *See Exergen Corp. v. Wal-Mart Stores, Inc.*, 575 F.3d 1312, 1326-27 (Fed. Cir. 2009).  Thus, the California decision is not relevant to the pending motion before this Court.

OF COUNSEL:

Michelle E. Armond
Forrest M. McClellen
ARMOND WILSON LLP
895 Dove Street, Suite 300
Newport Beach, CA  92660
(949) 932-0778

Douglas R. Wilson
ARMOND WILSON LLP
9442 Capital of Texas Highway North
Plaza One, Suite 500
Austin, TX  78759
(512) 267-1663

November 5, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

_____
Jack B. Blumenfeld (#1014)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
araucci@mnat.com

*Attorneys for Plaintiff*
*Targus International LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 5, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Thatcher A. Rahmeier, Esquire<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kelly J. Fermoyle, Esquire<br>FAEGRE DRINKER BIDDLE &REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)