# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARGUS INTERNATIONAL LLC,<br><br>    *Plaintiff*,<br> v.<br><br>VICTORINOX SWISS ARMY, INC.,<br><br>    *Defendant*. | Civil Action No. 20-464-RGA |

## DEFENDANT'S REPLY TO
## SUBMISSION OF SUBSEQUENT AUTHORITY

In "response" to Defendant's Submission of Subsequent Authority (D.I. 59), Plaintiff filed D.I. 61, arguing that the submitted subsequent authority, *Targus Int'l LLC v. Everki USA, Inc.*, No. 8-20-cv-00641, slip op. (C.D. Cal. Nov. 3, 2020), which decided the same issue before this Court regarding the pleading of Targus's alleged inequitable conduct, was "not relevant" because the C.D. Cal. "improperly assumed that the TSA RFI was prior art without any factual basis in the pleading." D.I. 61 at 1. This argument is wrong and refuted by the C.D. Cal. decision, which recited facts (slip. op. at 6-7) and concluded that defendant Everki "has done more than enough to plead that the RFI is prior art" (slip. op. at 7).

                Respectfully Submitted,

                */s/ Francis DiGiovanni*
                Francis DiGiovanni (#3189)
                Thatcher A. Rahmeier (#5222)
                FAEGRE DRINKER BIDDLE & REATH LLP
                222 Delaware Avenue, Suite 1410
                Wilmington, DE 19801
                (302) 467-4200
                francis.digiovanni@faegredrinker.com
                thatcher.rahmeier@faegredrinker.com

                                                          Kelly J. Fermoyle
                                                          FAEGRE DRINKER BIDDLE & REATH LLP
                                                          2200 Wells Fargo Center
                                                          90 South Seventh Street
                                                          Minneapolis, MN 55402
                                                          (612) 766-7000
Dated:  November 6, 2020                  kelly.fermoyle@faegredrinker.com

                                                          *Attorneys for Defendant*