IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARGUS INTERNATIONAL, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 20-464-RGA-CJB |
| | : |
| VICTORINOX SWISS ARMY, INC., | : |
| | : |
| Defendant. | : |

**ORDER**

This **29** day of December 2020, upon consideration of the Magistrate Judge's Report and Recommendation dated December 10, 2020, and no objections to the Report and Recommendation having been filed, and the Court having reviewed the matter and being convinced that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 70) is **ADOPTED**.

2. Plaintiff's motion to dismiss counterclaims and to strike third defense (D.I. 16) is **DENIED.**

/s/ Richard G. Andrews
United States District Judge