IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARGUS INTERNATIONAL LLC,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>VICTORINOX SWISS ARMY, INC.,<br><br>　　　　　*Defendant*. | Civil Action No. 20-464-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Victorinox's Opening Claim Construction Brief and (2) Appendix to Joint Claim Construction Brief were caused to be served on January 12, 2021 upon the following:

Michelle E. Armond, Esquire
Forrest M. McClellen, Esquire
895 Dove Street, Suite 300
Newport Beach, CA  92660

Douglas R. Wilson
Armond Wilson LLP
9442 Capital of Texas Highway North
Plaza One, Suite 500
Austin, TX  78759

Jack B. Blumenfeld, Esquire
Anthony D. Raucci, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Dated:  January 13, 2021

 */s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
Faegre Drinker Biddle & Reath LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
Phone:  (302) 467-4200
francis.digiovanni@faegredrinker.com

*Attorneys for Defendant*