# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARGUS INTERNATIONAL LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>VICTORINOX SWISS ARMY, INC.,<br><br>                    Defendant. | Civil Action No. 20-464-RGA |

## DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS
## ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Defendant and Counterclaim-Plaintiff Victorinox Swiss Army, Inc. ("Victorinox") hereby moves, pursuant to Federal Rules of Civil Procedure 15(a) and 16(b), for leave to amend its Answer, Affirmative Defenses, and Counterclaims.

A copy of the proposed Amended Answer, Affirmative Defenses, and Counterclaims is attached hereto as Exhibit 1, and a redline version of the Amended Answer and Counterclaims, indicating the changes from the original Answer, Affirmative Defenses, and Counterclaims (D.I. 11), is attached hereto as Exhibit 2.  A Proposed Order granting this motion is attached hereto as Exhibit 3.  Victorinox's motion is supported by its opening brief and the Declaration of Kelly J. Fermoyle and the Exhibits thereto.

                                                     /s/ Francis DiGiovanni
                                                     Francis DiGiovanni (No. 3189)
                                                     Thatcher A. Rahmeier (No. 5222)
                                                     FAEGRE DRINKER BIDDLE & REATH LLP
                                                     222 Delaware Avenue, Suite 1410
                                                     Wilmington, DE 19801
                                                     (302) 467-4200
                                                     francis.digiovanni@faegredrinker.com
                                                     thatcher.rahmeier@faegredrinker.com

                                                     Kelly J. Fermoyle
                                                     FAEGRE DRINKER BIDDLE & REATH LLP
                                                     2200 Wells Fargo Center

90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
kelly.fermoyle@faegredrinker.com

*Attorneys for Defendant/Counterclaim Plaintiff
Victorinox Swiss Army, Inc.*

Dated:  January 15, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARGUS INTERNATIONAL LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>VICTORINOX SWISS ARMY, INC.,<br><br>            Defendant. | Civil Action No. 20-464-RGA |

## ORDER

Having considered Defendant and Counterclaim-Plaintiff Victorinox Swiss Army, Inc.'s Motion for Leave to Amend its Answer, Affirmative Defenses, and Counterclaims (the "Motion"),

The Motion is GRANTED, and Victorinox Swiss Army, Inc.'s Amended Answer, Affirmative Defenses, and Counterclaims, in the form attached as Exhibit 1 to the Motion, is deemed filed as of the date of this Order.

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge