IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARGUS INTERNATIONAL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-464-RGA |
| | ) |
| VICTORINOX SWISS ARMY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER DENYING TARGUS' MOTION TO COMPEL**
**DISCOVERY ON ADVICE OF COUNSEL DEFENSE**

Having considered the papers (D.I. 140, 143) relating to Plaintiff Targus International LLC's Motion to Compel Discovery On Advice of Counsel Defense, and argument on April 30, 2021, IT IS HEREBY ORDERED for the reasons stated at the argument that Targus' motion is DENIED.  Defendant's request for reasonable expenses and attorney's fees pursuant to Rule 37 is DENIED without prejudice.

Dated: 4/30/21

/s/ Richard G. Andrews
United States District Judge