IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TARGUS INTERNATIONAL LLC,   )
                            )
         Plaintiff,         )
                            )
   v.                       )   C.A. No. 20-464-RGA
                            )
VICTORINOX SWISS ARMY, INC.,)
                            )
         Defendant.         )

**CLAIM CONSTRUCTION ORDER**

The Court has determined that the terms below shall be given the following meaning for U.S. Patent No. 8,567,578 ("the '578 Patent"):

| Claim Term | Construction |
| --- | --- |
| "accessible to a user [in the folded configuration]" (claims 48, 49, 57) | "user can retrieve items from the first pouch while the bi-fold case is in the folded configuration" |
| "defining a first pouch" (claims 1, 17, 21, 22, 28, 42) | "delineating the boundaries of a first pouch" |
| "distal end" (claims 1, 17, 21, 22, 28, 42, 46, 50, 54, 57) | "the end that is furthest away from the hinge" |
| "disposed adjacent" (claims 1, 17, 21, 22, 28, 42, 46, 50, 54, 57) | "touching, or next to" |
| "proximal end" (claims 1, 17, 21, 22, 28, 42, 50, 54, 57) | "the end that is closest to the hinge" |
| "without an additional pouch" (claims 1, 17, 21, 22, 28, 42, 50, 54, 57) | This term has its plain and ordinary meaning. |
| "the outer sides of both the first and second storage [sections/panels] laid flat upon [a/the] same planar surface" (claims 1, 17, 21, 22, 28, 42, 50, 51, 54, 55, 57) | This term has its plain and ordinary meaning. |
| "handle" (claim 46) | This term has its plain and ordinary meaning. |
| "sidewall" (claims 21, 22, 28) | This term has its plain and ordinary meaning. |

| Claim Term | Construction |
| --- | --- |
| "a hinge" (claims 1, 17, 21, 22, 28, 42, 45, 50, 54, 57) | This term has its plain and ordinary meaning. |
| "pouch" (claims 1, 4, 5, 6, 17, 21, 22, 27, 28, 32, 42, 47, 48, 49, 50, 52, 54, 57) | "a pocket or partially enclosed receptacle" |
| "configured to enable a scanning device to scan through" (claims 1, 17, 21, 22, 28, 42, 47, 50, 54, 57) | "made in such a way that a scanning device can scan through" |
| "a second pouch fastener configured to substantially enclose only the second pouch and thereby retain a computer therein" (claim 1) | This term has its plain and ordinary meaning. |
| "second pouch configured to receive a computer" (claims 1, 17, 21, 22, 28, 42, 50, 54, 57) | This term has its plain and ordinary meaning. |
| "a first inner side" (claims 1, 17, 21, 22, 28, 42, 50, 54, 57) | This term has its plain and ordinary meaning. |
| "the first inner side [of the first storage panel/section] is approximated to the second inner side [of the second storage panel/section]" (claims 17, 21, 22, 28, 42, 57) | "the first inner side [of the first storage panel/section] is close to the second inner side [of the second storage panel/section]" |
| "indicia indicat[es/ing] [that] the [computer] case complies with a standard scanning authority" (claims 13, 23, 38) | Not entitled to patentable weight. |
| "an object in the first [storage] [section/panel] is removed from interfering with a scanner" (claims 1, 17, 21, 22, 28, 42, 50, 54, 57) | This term has its plain and ordinary meaning. |
| "in communication with" (claim 57) | "providing passage to" |
| "foldably [attaching/joining]" (claims 28, 42) | "attaching/joining so that the joint is foldable" |
| "uninhibited scanning" (claims 1, 17, 21, 22, 28, 42, 50, 54, 57) | "scanning without interference" |

**IT IS SO ORDERED** this  11  day of May, 2021.

                                              /s/ Richard G. Andrews  
                                              The Honorable Richard G. Andrews