IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARGUS INTERNATIONAL LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VICTORINOX SWISS ARMY, INC.,<br><br>*Defendant*. | Civil Action No. 20-464-RGA |

# NOTICE OF SERVICE

The undersigned hereby certifies that the Expert Report of Keith Poulson on Invalidity and Exhibits A-C were caused to be served via electronic mail on October 5, 2022 upon the following:

Michelle E. Armond, Esquire
Josepher Li, Esquire
Yue Han, Esquire
Armond Wilson LLP
895 Dove Street, Suite 300
Newport Beach, CA  92660

Douglas R. Wilson, Esquire
Armond Wilson LLP
9442 Capital of Texas Highway North
Plaza One, Suite 500
Austin, TX  78759

Jack B. Blumenfeld, Esquire
Anthony D. Raucci, Esquire
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Dated:  October 6, 2022

 */s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
Phone: (302) 467-4200
francis.digiovanni@faegredrinker.com

1

Kelly J. Fermoyle
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
kelly.fermoyle@faegredrinker.com

*Attorneys for Defendant/Counterclaim Plaintiff Victorinox Swiss Army, Inc.*